

# Missouri Court of Appeals
## Southern District

**MARCH 2, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD34120

        Re:    MINDY GOMEZ,
              Appellant,
              vs.
              CINDY RELLER,
              Respondent.